■ In the Matter of FLETCHER GRAVEL COMPANY, INC.,

Respondent, v THOMAS C. JORLING, as Commissioner of the Department of Environmental Conservation of the State of New York, et al., Appellants.—Motion for an order expediting the appeal denied. Memorandum: The motion is unnecessary inasmuch as the appeal will be heard at the January term of Court if appellants perfect the appeal on or before November 19, 1991 and serve a 30-day demand for respondent's brief pursuant to 22 NYCRR 1000.7. Present—Callahan, A. P. J., Doerr, Boomer, Green and Pine, JJ. (Order entered Oct. 31, 1991.)